IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bruser Sr, Charles J | Case Number: 07 B 10183 |
|---|---|---|
| | Bruser, Anne L | Judge: Squires, John H |
| | Printed: 7/31/07 | Filed: 6/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Transferred: July 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 24,788.61 | 0.00 |
| 3. | Midland Credit Management | Unsecured | 25.46 | 0.00 |
| 4. | CitiFinancial | Secured | | No Claim Filed |
| 5. | CitiFinancial | Unsecured | | No Claim Filed |
| 6. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 8. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 9. | Discover Financial Services | Unsecured | | No Claim Filed |
| 10. | Delnor Community Hospital | Unsecured | | No Claim Filed |
| 11. | Delnor Community Hospital | Unsecured | | No Claim Filed |
| 12. | Gateway Financial | Unsecured | | No Claim Filed |
| 13. | Nicor Gas | Unsecured | | No Claim Filed |
| 14. | NCInc | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 17. | Valley Emergency Care | Unsecured | | No Claim Filed |
| 18. | Schiller Inc | Unsecured | | No Claim Filed |
| 19. | Provena Mercy Center | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 24,814.07 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bruser Sr, Charles J<br>Bruser, Anne L<br>Printed: 7/31/07 | Case Number: 07 B 10183<br>Judge: Squires, John H<br>Filed: 6/6/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_